UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEARA NEAL,

        Plaintiff,

vs.

                            CASE NO.:

WEST COAST DENTAL PARTNERS, PL,
a Florida Professional Limited Liability
Company, and SMILE DESIGN
VILLAGES,

        Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, KEARA NEAL, by and through the undersigned attorney, sues the Defendants, WEST COAST DENTAL PARTNERS, PL, a Florida Professional Limited Liability Company, and SMILE DESIGN VILLAGES, LLC, and alleges:

1. Plaintiff, KEARA NEAL, was an employee of Defendants and brings this action for unpaid overtime compensation, declaratory relief, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiff worked at Defendants' property within the last three years for Defendants in Marion County, Florida.

3. Plaintiff, KEARA NEAL, worked for Defendants from approximately November 2014 through December 2016.

4. Plaintiff, KEARA NEAL, was employed as an hourly paid ($19.00/hour)

1

dental assistant.

5. Defendant, WEST COAST DENTAL PARTNERS, PL, is a Florida Professional Limited Liability Company that operates and conducts business across the Central Florida area including Marion County, Florida and is therefore, within the jurisdiction of this Court.

6. Defendant, WEST COAST DENTAL PARTNERS, PL, is the parent company to SMILE DESIGN VILLAGES, LLC.

7. WEST COAST DENTAL PARTNERS, PL is the parent company to approximately twenty-five (25) dental office locations doing business under the name "Smile Design Dentistry". See www.TheSmileDesign.com

8. Plaintiff, KEARA NEAL, worked at the SMILE DESIGN VILLAGES, LLC location.

9. Defendant, SMILE DESIGN VILLAGES, LLC, operates as a dental practice located at 17820 SE 109th Avenue, Summerfield, Florida 34491.

10. This action is brought under the FLSA to recover from Defendants overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

11. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA and the authority to grant declaratory relief under the FLSA pursuant to 28 U.S.C. §2201 et seq.

12. During Plaintiff's employment, Defendants earned more than $500,000.00 per year in gross sales.

13. Defendant, WEST COAST DENTAL PARTNERS, PL, employed in

excess of 100 employees and paid these employees plus earned a profit from their business at all times material to this cause of action.

14. Defendant, SMILE DESIGN VILLAGES, LLC, employed approximately 10 employees and paid these employees plus earned a profit from their business at all times material to this cause of action.

15. During Plaintiff's employment, Defendants employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce, such as dentures, dental implants, teeth cleaning materials, teeth whitening products, periodontal treatment products, tooth filings, general dental equipment and other items used to run the business.

16. Therefore, at all material times relevant to this action, Defendants, WEST COAST DENTAL PARTNERS, PL, and SMILE DESIGN VILLAGES, LLC were/are an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

### FLSA Violations

17. At all times relevant to this action, Defendants failed to comply with the FLSA because Plaintiff performed services for Defendants for which no provisions were made by Defendants to properly pay Plaintiff for all overtime hours worked.

18. During her employment with Defendants, Plaintiff was not paid time and one-half her regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

19. Based upon these above policies, Defendant has violated the FLSA by

failing to pay complete overtime as described above.

20. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendants.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

21. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-19 above.

22. Plaintiff is/was entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week. ($19.00/hour x 1.5 = $28.5

23. During her employment with Defendants, Plaintiff worked overtime hours but was not paid time and one-half compensation for same.

24. Plaintiff routinely worked in excess of forty (40) hours a week without any overtime compensation.

25. Specifically, Plaintiff alleges SMILE DESIGN VILLAGES, LLC, management would alter/adjust her hours to avoid paying overtime wages.

26. Additionally, Plaintiff alleges WEST COAST DENTAL PARTNERS, PL, routinely assigned her to work more than one Smile Design Dentistry office during a workweek. The time worked at the separate Smile Design Dentistry office was not added together for overtime wage calculations. In other words, Defendants had a policy of not paying overtime for work performed in excess of forty (40) hours when Plaintiff worked at another Smile Design Dentistry location.

4

27. Defendants did not have a good faith basis for their decision not to pay Plaintiff full overtime compensation.

28. As a result of Defendants' intentional, willful and unlawful acts in refusing to pay Plaintiff time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

29. As a result of Defendants' willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

30. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, KEARA NEAL demands judgment against Defendants for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

/s/ Matthew R. Gunter
Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 867-0946
Email:   mgunter@forthepeople.com
Attorney for Plaintiff